# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1223

_____

GLEN E. WHITE,

Appellant,

v.

VYSTAR CREDIT UNION,

Appellee.

_____

On appeal from the County Court for Alachua County.
Kristine Van Vorst, Judge.

June 27, 2024

PER CURIAM.

AFFIRMED.

RAY, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Glen E. White, pro se, Appellant.

Jennifer L. Reiss of Hiday & Ricke, P.A., Jacksonville, for Appellee.